UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHONG SUN,<br>Petitioner,<br>v.<br>JAMES JANECHA, et al.,<br>Respondents. | Case No. CV 5:26-04916-RAO<br><br>JUDGMENT |

Pursuant to the Order Denying in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is denied and this action is closed.

DATED: September 4, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE